No. 80–6724.  WASHINGTON *v.* ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 80–6726.  VAN DUYSE *v.* ISRAEL, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 80–6728.  PLOTKIN *v.* SERRITELLA.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 80–6729.  VAN HOORELBEKE *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 80–6730.  MISURACA *v.* GEORGIA.  Ct. App. Ga. Certiorari denied.

No. 80–6731.  NEEDHAM *v.* LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 80–6733.  OSBOND *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 80–6734.  KEATING *v.* MISSOURI.  C. A. 8th Cir. Certiorari denied.

No. 80–6736.  HYDE *v.* LANE, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 80–6737.  ALERS ET UX. *v.* CITY GOVERNMENT OF SAN JUAN.  Sup. Ct. P. R.  Certiorari denied.

No. 80–6738.  FLORA *v.* MARZULLI, JUDGE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–6739.  GRISEL *v.* OREGON STATE PENITENTIARY. Sup. Ct. Ore.  Certiorari denied.

No. 80–6741.  ANDRISANI *v.* MAXON INDUSTRIES, INC., ET AL.  Sup. Ct. Nev.  Certiorari denied.